RECEIVED
CLERK'S OFFICE
2013 DEC 18 PM 2:00
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | SUPERSEDING INFORMATION |
| vs. | : | CRIMINAL NO. 5:13-CR-60 (CAR) |
| | : | |
| ARTHUR GERALD REID | : | VIOLATION: |
| | : | 18 U.S.C. § 1591(a) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
(18 U.S.C. §1591(a) -- Sex Trafficking of Children)

That beginning on or about September 1, 2011 and continuing until on or about July 13, 2013 in the Macon Division of the Middle District of Georgia, the defendant,

**ARTHUR GERALD REID**

did knowingly recruit, entice, harbor, provide and maintain by any means Juvenile #1, N.B., in and affecting interstate commerce, knowing and in reckless disregard of the fact that Juvenile #1, N.B., had not attained the age of 18 years and would be caused to engage in a commercial sex act all in violation of Title 18, United States Code, Section 1591(a).

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY: JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY
GEORGIA BAR NUMBER 046709